State v. Walker.................. 29659     10/18/2011  Denied      125 Hawai'i 379, 262 P.3d 668